**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RACHEL AIDEE SHALLER

                Plaintiff,                21 **CIVIL** 11031 (RWL)

-v-                                    **<u>JUDGMENT</u>**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Consent Order dated June 13, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York

       June 14, 2022

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                              **BY:**
                                                            **Deputy Clerk**